

U.S. Department of Justice

**United States Attorney's Office**
**Central District of California**

---

*Alexander P. Robbins*
*Assistant United States Attorney*
*Criminal Appeals Section*
*Alexander.P.Robbins@usdoj.gov*

*1000 United States Courthouse*
*312 North Spring Street*
*Los Angeles, California 90012*
*(213) 894-2400 (telephone)*

March 27, 2023

Molly Dwyer
Clerk of Court
U.S. Court of Appeals
P.O. Box 193939
San Francisco, CA 94119-3939
(Via Ninth Circuit CM/ECF)

Re:  *United States v. Jeffrey Fortenberry*, C.A. No. 22-50144
     (Not yet scheduled for argument)

Ms. Dwyer:

The government submits this letter to correct an inaccuracy regarding this case's procedural history contained in defendant's Reply Brief filed last week, on March 20, 2023.

Defendant's Reply Brief refers to the government's discussion of the "continuing offense[]" statute, 18 U.S.C. § 3237(a), as "a new theory of venue on appeal." (ARB 10.)

That's incorrect. Although it's not material — this Court can affirm on any legal ground supported by the record, and the particular legal theory makes no difference to the jury instruction, the wording of which is not at issue in any event (GAB 58) — this assertion is mistaken. In fact, the government advanced a three-page "continuing offense" argument before the district court. (*See* CR 18, "Government's Opposition to Motion to Dismiss for Lack of Venue," at 18–21

*United States v. Fortenberry*,
C.A. No. 22-50144
March 27, 2023
Page 2 of 2

(subsection D, entitled "Venue is Also Proper in This District Because Defendant's False Statements Continued Into This District").)

                              Sincerely,

                              E. MARTIN ESTRADA
                              United States Attorney

                              *s/ Alexander P. Robbins*

                              ALEXANDER P. ROBBINS
                              Assistant United States Attorney